IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.   6:16-CR-035 |
| RODRIGO RAMIRO MENCHACA | |

<u>Count One</u>
Transfer of Obscene Material to a Minor
(Violation of 18 U.S.C. §§ 1470 and 2)

On or about November 7, 2015, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Rodrigo Ramiro Menchaca**, defendant, knowingly used a facility and means of interstate and foreign commerce and transferred to another individual who he knew had not attained the age of sixteen years, obscene matter, that is: Defendant **Menchaca** used a mobile messaging application to send an image of a penis to a minor female who had not attained the age of sixteen years, knowing that said minor female had not attainted the age of sixteen years.

In violation of Title 18, United States Code, Sections 1470 and 2.

**Rodrigo Ramiro Menchaca**
**Indictment - Page 1**

Forfeiture Notice
(18 U.S.C. § 1467)

Upon conviction of the offense in Count One of the indictment, and pursuant to 18 U.S.C. § 1467, defendant **Rodrigo Ramiro Menchaca** shall forfeit to the United States of America: (a) any property, real or personal, used or intended to be used to commit or to promote the commission of any violation of Chapter 71; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from any violation of Chapter 71; and (c) any obscene material produced, transported, mailed, shipped, or received in violation of Chapter 71.

The above-referenced property subject to forfeiture includes, but is not limited to, the following:

> One Motorla X cellular telephone, which was seized from the defendant's residence on October 28, 2016, during the execution of a search warrant by the Department of Homeland Security, Homeland Security Investigations agents.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 1467, to seek forfeiture of any other property of the said defendant up to the value of the forfeitable property described above.

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

STEVEN M. SUCSY
Assistant United States Attorney
Texas State Bar No. 19459200
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Tel.: 806-472-7351
Fax: 806-472-7394
E-mail: steve.sucsy@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

THE UNITED STATES OF AMERICA

v.

RODRIGO RAMIRO MENCHACA

INDICTMENT

18 U.S.C. §§ 1470 and 2,
Transfer of Obscene Material to a Minor
(One Count)

Notice of Forfeiture

A true bill rendered,

LUBBOCK, TEXAS                                    Foreperson

Filed in open court this 16th day of November, A.D. 2016

WARRANT TO ISSUE FOR DEFENDANT                                                  Clerk

UNITED STATES MAGISTRATE JUDGE